UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JHR SOLUTIONS, LLC., et al.,<br><br>    Defendants. | Case No. 24-cv-07126-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE** |

A case management conference in this case was originally scheduled for April 1, 2025, and a joint case management statement was due March 25, 2025. ECF No. 20. The parties failed to file a statement as ordered, however, and so on March 27, 2025, the Court continued the case management conference to April 8, 2025 and ordered the parties to file a joint case management statement by April 1, 2025. ECF No. 27.

As of the issuance of this order, the parties have again failed to file a case management statement. The case management conference scheduled for April 8, 2025 is therefore continued to May 20, 2025 at 2:00 p.m. A joint case management statement is due May 13, 2025.

The parties and their attorneys of record are ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed for their repeated, willful violation of the Court's orders as described above. *See Evon v. L. Offs. of Sidney Mickell*, 688 F.3d 1015, 1035 (9th Cir. 2012) (district court has the inherent power to impose sanctions for willful violation of a court order). A written response to this order to show cause is due April 15, 2025. The Court will

/ / /

/ / /

/ / /

1  conduct a hearing on the order to show cause concurrently with the May 20, 2025 case
2  management conference.
3  **IT IS SO ORDERED.**
4  Dated:  April 7, 2025



_____
JON S. TIGAR
United States District Judge